```
                              United States Bankruptcy Court
                              Western District of Washington
In re:                                                                    Case No. 15-16156-TWD
Brady Wade                                                                Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0981-2      User: janiceg            Page 1 of 1            Date Rcvd: Oct 19, 2015
                          Form ID: ntcdef          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2015.
db             +Brady Wade,    19263 Edgecliff Dr. SW,    Seattle, WA 98166-3827

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2015                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2015 at the address(es) listed below:
              Chellie  M Hammack    on behalf of Debtor Brady  Wade cmh@hammack-law.com
              Ronald G. Brown    rgblaw@nwlink.com, rgbrown@ecf.epiqsystems.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 3

Form ntcdef (5/2015)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:     Brady Wade

        Debtor(s).

Case No.: 15–16156–TWD
Chapter: 7

---

## NOTICE OF DEFICIENT FILING

## AND NOTICE REGARDING DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **October 15, 2015**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) or object to dismissal of the case indicating why dismissal is not appropriate on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**

None

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**     **October 30, 2015**

Summary of Schedules and Statistical Summary of Certain Liabilities (Form 6)
Schedules A thru J
Statement of Financial Affairs (Form 7)
Chapter 7 Statement of Current Monthly Income (Official Form 22A–1) (12/14)

**CREDIT COUNSELING REQUIREMENT:**

This requirement has been satisfied

DATED: **October 19, 2015**

                                                  Mark L. Hatcher
                                                  Clerk of the Bankruptcy Court

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards*
*from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.